■ The People of the State of New York, Respondent, v Timothy Glenn, Appellant. [685 NYS2d 612] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered May 31, 1995, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 10 years to life, unanimously affirmed.

Defendant's contentions that his sentence as a persistent violent felony offender constitutes cruel and unusual punishment and violates the Double Jeopardy Clause are unpreserved (*People v Bundy*, 235 AD2d 334, 338, *affd* 90 NY2d 918), and we decline to review them in the interests of justice. Were we to review these claims, we would find that the sentence was not cruel and unusual (*People v Broadie*, 37 NY2d 100, 113), and that the court did not impose multiple punishment for defendant's past crimes in violation of the Double Jeopardy Clause (*People v Vasquez*, 89 NY2d 521, 527, *cert denied sub nom. Cordero v Lalor,* 522 US 846). Finally, we note that the court's single inadvertent reference to defendant as a "predicate felon" during sentencing is of no significance (*see,*

*People v Mesa*, 247 AD2d 347, *lv denied* 91 NY2d 975).
Concur—Ellerin, P. J., Lerner, Andrias and Saxe, JJ.